UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

Stairs, Douglas J.
SSN: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,

Debtor.

Case No. 02-28453 DEC

Chapter 13

## DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE

Debtor, by and through his counsel, John A. Cimino, P.C., for his Motion to Dismiss this case or Extend all filing deadlines, respectfully states as follows:

1.  Today was set as a deadline in which Debtor was required to file amended schedules and other documents, including his motion to confirm.

2.  The court also set a deadline in which Debtor and all other parties were required to file a brief regarding Debtor's ability to file a chapter 13 given his debt limits.

3.  Debtor has worked out a global settlement with his primary creditor, BSB Leasing, Inc. which he expects to reduce to a binding stipulation this week. Therefore, Debtor sees no reason to proceed any further with this case.

WHEREFORE, Debtor requests that this case be dismissed or in the alternative that all deadlines be extended to January 9, 2004.

DATED this 16th day of December, 2003.

JOHN A. CIMINO, P.C.

\s\ John A. Cimino, Esq.
John A. Cimino, No. 14032
925 East 17th Avenue
Denver, Colorado 80218
(303) 830-7135

ATTORNEY FOR DEBTOR